UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, Individually,<br><br>         Plaintiff,<br><br>v.<br><br>LUCKY VASILAKIS<br>Individually<br><br>         Defendant.<br>_____ / | :<br>:<br>:<br>:<br>: Case No. 2:17-cv-12781<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Evan Petros, in the above-styled action, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntary dismisses this action with prejudice.

Dated: October 13, 2017

                                              Respectfully Submitted,
                                            /s/ Pete M. Monismith
                                            Pete M. Monismith, Esq.
                                            Michigan Bar No. P78186
                                            Pete@monismithlaw.com
                                            3945 Forbes Ave., #175
                                            Pittsburgh, PA 15213
                                            Ph: 724-610-1881
                                            Fax: 412-258-1309
                                            **Attorney for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system upon all parties of record this 13th day of October 2017.

By: /s/ Pete M. Monismith